UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

  -against-

                                                             Case No. 7:17-mj-7212

Arnt L. Walaas, Jr.

                        Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                  SO ORDERED.

                                                                  Hon. Martin R. Goldberg
                                                                 United States Magistrate Judge

Dated: 26th Day of August 2022
      Poughkeepsie, New York